

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 3, 2021

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Christopher Nunez
            21 Mag. 05667

Dear Judge Davison:

      The defendant in the above-referenced Complaint was arrested this morning in Miami, Florida and will presented in the Southern District of Florida. Accordingly, the Government requests that the Complaint be unsealed.

So Ordered 6/3/21

*[signature]*

Respectfully,

AUDREY STRAUSS
United States Attorney

By: *[signature]*
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902